FILED

2024 Sep-27  AM 10:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| REGINALD DEJUAN COLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:22-cv-01130-LSC-JHE |
| | ) | |
| GERALD SIMPSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

Plaintiff Reginald Dejuan Coley filed a *pro se* amended complaint seeking monetary damages under 42 U.S.C. § 1983 for violations of his civil rights. (Doc. 13). On August 2, 2024, the magistrate judge entered a report recommending the court dismiss the plaintiff's claims against the Alabama Department of Corrections ("ADOC") based on Eleventh Amendment immunity. (Doc. 32). The magistrate judge further recommended that the court grant defendant Gerald Simpson's motion for summary judgment on the plaintiff's Eighth Amendment excessive force and Fourteenth Amendment equal protection claims and dismiss the claims with prejudice. (Doc. 32). The court advised the parties of their right to file specific written objections within 14 days. (Doc. 32 at 12–13). On September 5, 2024, the magistrate judge granted in part the plaintiff's motion for an extension of time to file objections (Doc. 34), and ordered him to file any objections within 14 days from the

entry date of the order.  (Doc. 35).  More than 14 days have elapsed, and the court has not received the plaintiff's objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the plaintiff's claims against the ADOC for monetary damages are due to be dismissed with prejudice based on Eleventh Amendment immunity.  The court further finds that defendant Simpson's motion for summary judgment on the plaintiff's Eighth Amendment excessive force and Fourteenth Amendment equal protection claims is due to be granted and the claims are due to be dismissed with prejudice.

A Final Judgment will be entered.

**DONE** and **ORDERED** on September 27, 2024.

_____
L. Scott Coogler
United States District Judge

160704